IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DELMA JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-301(MTT) |
| WARDEN CARL HUMPHREY, | ) |
| Defendant. | ) |

## ORDER

The Court convened a hearing on Plaintiff's Motion for Preliminary Injunction (Doc. 13) on January 17, 2013. After considering argument of counsel and additional evidence, the Court **DENIED** the Plaintiff's Motion for the reasons stated at the conclusion of the hearing. This matter is set for trial at the Court's March 2013 trial term.

**SO ORDERED,** this 17th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT